IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-72** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **CHANCE D. BONNER,** | : | |
| | : | |
| Petitioner | : | |

## ORDER

AND NOW, this 6th day of November, 2014, upon consideration of the *pro se* motion (Doc. 527) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by petitioner Chance D. Bonner ("Bonner"), and further upon consideration Bonner's motion (Doc. 532) to amend his original petition and his motion (Doc. 547) to amend his proposed amendment, and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Bonner's motion (Doc. 527) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, motion (Doc. 532) to amend, and motion (Doc. 547) to amend the proposed amendment are DENIED.

2. A certificate of appealability is DENIED. See RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania