IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-72** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **CHANCE D. BONNER,** | : | |
| | : | |
| Petitioner | : | |

## ORDER

AND NOW, this 7th day of April, 2015, upon consideration of the notice of appeal and request for a certificate of appealability (Doc. 599) filed by petitioner Chance D. Bonner ("Bonner"), wherein Bonner requests permission to appeal the court's memorandum and order (Docs. 587-88) denying his motion (Doc. 587) to vacate, set aside, or correct his conviction and sentence, and recognizing that a habeas petitioner attempting to appeal must obtain a certificate of appealability, see 28 U.S.C. § 2253(c)(1)(B), and it appearing that the court already denied Bonner a certificate of appealability, (see Doc. 588 ¶ 2), as well as his application to reconsider that decision, (see Doc. 598), and the court again concluding, for all of the reasons set forth in its initial memorandum, (see Doc. 587), that Bonner has not made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); nor demonstrated "that reasonable jurists would find the district court's assessment of the constitutional claim debatable or wrong," Slack v. McDaniel, 529 U.S. 473, 484 (2000), it is hereby ORDERED that Bonner's request (Doc. 599) for a certificate of appealability is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania