# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:09-CR-72 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **CHANCE D. BONNER**, | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 22nd day of February, 2021, upon consideration of defendant's motions (Docs. 611, 642) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motions (Docs. 611, 642) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 are DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:16-CV-1354.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania